(October 9, 1974)

In the Matter of JACK J. DUBERSTEIN et al., Respondents, v. KINGS COUNTY REPUBLICAN COUNTY COMMITTEE et al., Appellants.— In a proceeding to nullify (1) a meeting of the respondent Kings County Republican County Committee which was called for September 27, 1974 and (2) the notices calling for such meeting, the appeal is from a judgment of the Supreme Court, Kings County, entered October 1, 1974, which adjudged that the notices of the meeting and any action taken at the meeting are nullities. Upon the written stipulation of the attorneys for the respective parties, dated October 8, 1974, the judgment is reversed, without costs, and it is adjudged that the meeting was lawfully called, that the election of officers at the meeting was lawful and that the rules adopted at the meeting were lawfully adopted. Hopkins, Acting P. J., Latham, Brennan and Munder, JJ., concur.

(October 10, 1974)

In the Matter of GERARD PAPA, Appellant, v. HERBERT J. FEUER et al., Constituting the Board of Elections of the County of Kings, and JOHN J. RAFFAELE, JR., et al., Respondents.— In a proceeding *inter alia* to invalidate the election of respondent Raffaele in the Republican Party Primary Election held on September 10, 1974 as the candidate of said party for the public office of Member of the Assembly for the 47th Assembly District, the appeal is from a judgment of the Supreme Court, Kings County, entered October 3, 1974, which dismissed the petition. Judgment affirmed, without costs. No opinion. Hopkins, Acting P. J., Latham, Brennan, Benjamin and Munder, JJ., concur.

(October 15, 1974)

In the Matter of CLAUDE TALLEY, Petitioner, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.— Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Appeal Board, dated May 23, 1974, to the extent that it failed to award petitioner compensatory damages. The order affirmed an order of the State Division of Human Rights, dated September 26, 1973, which *inter alia* found that the respondents Del Savio *et al.* were guilty of refusing to rent an available housing accommodation to petitioner because of his race and color. Petition dismissed and order confirmed insofar as presented for review, without costs. No opinion. Martuscello, Acting P. J., Shapiro, Christ, Benjamin and Munder, JJ., concur.